# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GARY BYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -VS- ) | CASE NO.: DV 1:17-cv-00056-KD-MU |
| ) | |
| ALLSTATE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO AMEND RULE 16(b) SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE

COME NOW the Plaintiff GARY BYERS and Defendant ALLSTATE INSURANCE COMPANY, by and through their undersigned counsel and jointly move this Honorable Court to amend its prior Rule 16(b) Scheduling Order to extend the discovery deadline to November 3, 2017. As grounds for said motion, the parties would show as follows:

1. This is an action by Plaintiff for UM benefits under his automobile policy with ALLSTATE arising from an automobile accident that occurred on or about May 22, 2015.

2. The Court's Rule 16(b), Scheduling Order provides that discovery is to be completed by October 2, 2017.

3.	The parties have previously scheduled and noticed the depositions of the Plaintiff and his wife for July 31, 2017, and again on September 1, 2017.  On the morning of the scheduled depositions on both occasions, Plaintiffs postponed the depositions.  Plaintiff's wife was hospitalized on the first occasion, and the Plaintiff and his wife had to attend an out-of- state funeral on the second.

4.	Due to scheduling conflicts, the parties have not been able to reschedule the dates for the depositions prior to the current discovery deadline.

5.	The requested extension of the discovery deadline is needed to enable Defendant to obtain the necessary deposition testimony to adequately defend the action.

6.	The requested extension will not affect any other dates contained in the Court's Rule 16 order, nor will it impact the scheduled trial date in any respect.

WHEREFORE, the Parties jointly request that he Court amend its Rule 16(b) Scheduling order to provide that all discovery shall be completed on or before Friday November 3, 2017.

>	*/s/ Kenneth A. Hitson, Jr. (with permission)*
>	**KENNETH A. HITSON, JR.  (HITSK9097)**
>	*Counsel for Plaintiff, Gary Byers*

OF COUNSEL:

**Holtsford, Gilliland, Higgins, Hitson
  & Howard, P.C.**
29000 U.S. Highway 98
Suite B-101
Daphne, Alabama 36626
Telephone:  251/447-0324
E-Mail:  kitson@hglawpc.com

*/s/ Keith B. Franklin*
**KEITH B. FRANKLIN  (FRANK8196)**
*Counsel for Defendant–Allstate Insurance Company*

OF COUNSEL:

**VERNIS & BOWLING of Southern Alabama, LLC**
61 St. Joseph Street – 11th Floor
Mobile, Alabama 36602
Telephone:  251/432-0337
Facsimile :  251/432-0244
E-Mail:  kfranklin@law-alabama.com